IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Dalila A'Giza, | ) | C/A No. 3:10-117-MBS-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| John Potter, *Postmaster General*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The plaintiff, Dalila A'Giza, who is self-represented, filed this employment discrimination action against her former employer, John E. Potter. The defendant filed a motion to dismiss or, in the alternative, for summary judgment on November 10, 2011, pursuant to the Federal Rules of Civil Procedure. (ECF No. 72.) As the plaintiff is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975) on November 14, 2011, advising the plaintiff of the importance of a motion to dismiss or, in the alternative, for summary judgment and of the need for her to file an adequate response. (ECF No. 73.) The plaintiff was specifically advised that if she failed to respond adequately, the defendant's motion may be granted, thereby ending her case.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, the plaintiff has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendant's motion to dismiss or, in the alternative, for

summary judgment within fourteen (14) days from the date of this order.  Plaintiff is further advised that if she fails to respond, **this action will be recommended for dismissal with prejudice for failure to prosecute.**  See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

   **IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 22, 2011
Columbia, South Carolina